IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GLORIA E. ORTIZ-COTTO<br>Plaintiff<br>vs<br>THE COMMONWEALTH OF PUERTO RICO; DEPARTMENT OF EDUCATION, through its Secretary Rafael Román-Meléndez; JOHN DOE; XYZ INSURANCE COMPANY<br>Defendants | CIVIL 14-1643CCC |

## JUDGMENT

Having considered the Motion Requesting Voluntary Dismissal Without Prejudice filed by plaintiff Gloria Ortiz-Cotto on June 28, 2015 (**D.E. 16**), which is NOTED, it is ORDERED and ADJUDGED that judgment be and is hereby entered DISMISSING this action, without prejudice, and without the imposition of costs or attorney's fees.  All pending motions (**D.E. 6, D.E. 9, D.E. 12, D.E. 14 and D.E. 15**) are rendered MOOT.

The pretrial/settlement conference scheduled for September 8, 2015 and the jury trial scheduled for March 2, 2016 are, therefore, VACATED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on June 30, 2015.

S/CARMEN CONSUELO CEREZO
United States District Judge